1  SALIL BALI, State Bar No. 263001
   sbali@stradlinglaw.com
2  AHMAD TAKOUCHE, State Bar No. 322911
   atakouche@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
4  660 Newport Center Drive, Suite 1600
  Newport Beach, CA 92660-6422
5  Tel. 949 725 4000  |  Fax 949 725 4100

6  SEAN CUNNINGHAM, State Bar No. 174931
   sean.cunningham@us.dlapiper.com
7  HELENA D. KIEPURA (will seek admission *pro hac vice* )
   Helena.Kiepura@us.dlapiper.com
8  DLA Piper LLP (US)
  500 Eighth Street, NW
9  Washington, DC 20004
  Tel. 202 799 4333
10

11  MANISH MEHTA (will seek admission *pro hac vice*)
   MMehta@beneschlaw.com
12  KATE M. WATSON (will seek admission *pro hac vice* )
   kwatsonmoss@beneschlaw.com
13  BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
14  71 S. Wacker Drive, Suite 1600
  Chicago, IL 60606
15  Tel. 312 212 4949  |  Fax 312 7679192

16  *Attorneys for Movants, Hewlett Packard Enterprise Company, et al.*

17  **UNITED STATES DISTRICT COURT**

18  **CENTRAL DISTRICT OF CALIFORNIA**

| 19 | HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC, | CASE NO. 24-cm-00011 |
|---|---|---|
| 20 | | **MOVANTS' NOTICE OF MOTION AND MOTION TO ENFORCE SUBPOENA SERVED IN PENDING CASE** |
| 21 | | |
| 22 | Movants, | |
| 23 | vs. | [Action pending in the Eastern District of Texas, *K.Mizra LLC* v. *Hewlett Packard Enterprise Company, et al.*, Case No. 2:21-cv-00305-JRG] |
| 24 | BRIAN YATES | |
| 25 | Respondent. | Hearing: |
| 26 | | Time: |
| | | Location: |
| 27 | | *Complaint Filed: August 9, 2021* |
| 28 | | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1    Movants Hewlett Packard Enterprise Company and Aruba Networks, LLC

2    file this miscellaneous action pursuant to Fed. R. Civ. P. 45 and C.D. Cal. L.R. 45-

3    1 to compel compliance with the subpoena issued in the above-captioned action

4    pending in the United States District Court for the Eastern District of Texas, Case

5    No. 2:21-cv-00305-JRG. A true and correct redacted copy of this subpoena is

6    attached hereto as **Exhibit A**.

7    Movants previously opened a miscellaneous action to enforce an earlier

8    subpoena to Mr. Yates, *Hewlett Packard, et al. v. Brian Yates*, No. 8:23-mc-00016-

9    DOC-ADS.  The Court granted the relief requested there in enforcing the subpoena

10   and compelling the production of documents and testimony from Mr. Yates.  (*Id*. at

11   Dkt. 28.)  Subsequently, new evidence has come to light and Movants moved the

12   EDTX Court to reopen discovery to re-depose Mr. Yates on these emails.  A true

13   and correct copy of the EDTX order in *K.Mizra, LLC. vs. Hewlett Packard*

14   *Enterprise Company, et al.,* Case No. 2:21-CV-00305-JRG, Dkt. No. 227 is

15   attached hereto as **Exhibit B**.

16   Counsel for Movants has been engaged with Mr. Yates' counsel for over a

17   month attempting to negotiate Mr. Yates' compliance with the EDTX Court's

18   order permitting his deposition.  In addition to multiple email correspondence and

19   telephone calls, Movants have complied with C.D. Cal. LR 37-1 by meeting and

20   conferring with counsel for Respondent, Brian Yates on May 28, 2024.

21   Respondent demanded that Movants prepare and serve the attached subpoena, but

22   Respondent's counsel has refused to accept service of the subpoena and the

23   process server has been unable to serve Respondent despite repeated attempts.

24   Respondent has taken the position that he will not engage in C.D. Cal. L.R. 37 in

25   the existing *Hewlett Packard, et al. v. Brian Yates*, No. 8:23-mc-00016-DOC-ADS

26   matter.  Instead, Respondent claims he will only participate in the joint motion

27   once a second miscellaneous action is opened to compel Mr. Yates' deposition.  In

28   an abundance of caution and to minimize additional delays, Movants are moving in

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

MOTION TO ENFORCE SUBPOENA

1  parallel to re-open the previously compelled subpoena and open this new matter to

2  enforce the attached new subpoena.

3          Respondent has declined to provide his portion of the required joint

4  stipulation until this new action is filed. Upon receiving Respondent's portion of

5  the joint stipulation, Movants will promptly file a notice of motion, the joint

6  stipulation and supporting papers, pursuant to L.R. 37.

7          By this and the motion to be filed, Movants pray for an order requiring

8  Respondent to comply with the subpoena and the applicable rules and requirements

9  that govern it.

11   DATED:                          STRADLING YOCCA CARLSON &
                                     RAUTH LLP

                                     By:  */s/ Salil Bali*
13                                        Salil Bali

                                     DLA Piper LLP

16                                   By:  */s/ Helena D. Kiepura*
17                                        Sean Cunningham
                                          Helena D. Kiepura

19                                   *Attorneys for Movants*
                                     *Hewlett Packard Enterprise Company and*
20                                   *Aruba Networks, LLC*

21                          **CERTIFICATE OF COMPLIANCE**

22          The undersigned, counsel of record for Hewlett Packard Enterprise

23  Company and Aruba Networks llc certifies that this brief contains 420 words,

24  which:

25          ☒ complies with the word limit of L.R. 11-6.1.

26          ☐ complies with the word limit set by court order dated _____.

28                                   */s/ Salil Bali*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
MOTION TO ENFORCE SUBPOENA

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2024, I caused a copy of the foregoing document entitled Movants' Notice of Motion and Motion to Enforce Subpoena Served in Pending Case to be served by e-mail on the below-listed counsel of record:

Sean A. O'Brien
PAYNES & FEARS, LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
Tel.: 949-851-1100
Fax: 949-851-1212
Email: sao@paynefears.com

**Attorney for Respondent, Brian Yates**

_____
Allison Freitas

CERTIFICATE OF SERVICE

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH